

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/13

RECEIVED
AUG 09 2013
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281

WRITER'S DIRECT DIAL LINE
(212) 336-1027

On consent, Adjournment granted. Conference is rescheduled for 9/11/13 @ 10:00 a.m.

SO ORDERED:
Date: 8/9/13   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

August 8, 2013

**VIA HAND DELIVERY**

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
Courtroom 12D
500 Pearl Street
New York, NY 1007-1312

Re:   <u>SEC v. Lee and Aggarwal, 13-CV-5185 (SDNY) (RMB)</u>

Dear Judge Berman:

    I represent the U.S. Securities and Exchange Commission ("Commission") in the above-captioned action and write to respectfully request that the Court postpone the initial pre-trial conference currently set for August 12, 2013 at 11:00 a.m. for thirty (30) days, to September 11, 2013. The Commission filed an amended complaint in this action on July 30, 2013. The amendment named Mr. Aggarwal as an additional defendant. The Commission learned yesterday that Mr. Aggarwal had, the previous day, retained new counsel. I have spoken with counsel for both defendants, and they have authorized me to state that they join this request.

Sincerely,

*Michael P. Holland*

Michael P. Holland
Senior Counsel

cc:  Richard Owens, Esq./Christopher Clark, Esq. (counsel for Richard Lee)
    Sean Casey, Esq. (counsel for Sandeep Aggarwal)