

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281

WRITER'S DIRECT DIAL LINE
(212) 336-0171

July 2, 2018

**BY ECF**

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
Courtroom 12D
500 Pearl Street
New York, NY 10007-1312

Re:  **SEC v. Lee and Aggarwal, 13-cv-5185 (SDNY) (RMB)**

Dear Judge Berman:

I represent plaintiff U.S. Securities and Exchange Commission in the above-captioned action. The parties were last before the Court for a status conference on October 20, 2015. Since that date, the sentencing dates for both defendants have been moved several times and the parties have written the court seeking to adjourn the next scheduled conference to a date after the expected sentencings. After the most recent letter to the court, on April 17, 2018, the Court set the date of the next conference for July, 12, 2018.

As previously noted, Defendant Lee has filed a motion to withdraw his guilty plea in his related criminal case. *See U.S. v. Lee*, 13-cr-00539 (PGG), dkt. #42, 43, 46, 47 and related entries. The parties await a decision on that motion. On June 20, 2018, Lee's sentencing date was again adjourned, this time until August 9, 2018. Defendant Aggarwal's sentencing has also been adjourned. Counsel has informed plaintiff that they expect Aggarwal's sentencing date to be postponed in the near future.

There are no further updates for the Court at this time. As sentencings have not occurred, the parties respectfully request that the Court adjourn the conference set down for July 12, 2018. Counsel have reviewed their schedules and request that the next conference not be set for the weeks of August 6-10, 20-24 or 27-31, if possible, due to vacation schedules. The parties will provide the Court a written update after a decision on Lee's motion to withdraw his plea is handed down.

      Counsel for both Defendant Lee and Defendant Aggarwal join in this request and appreciate the Court's consideration regarding scheduling the next conference.

      Sincerely,

      */s/ Thomas P. Smith, Jr.*

      Thomas P. Smith, Jr.
      Division of Enforcement

cc: Gregory Morvillo, Esq. (counsel for Richard Lee)
    Sean Casey, Esq. (counsel for Sandeep Aggarwal)