UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITES AND EXCHANGE COMMISSION,

                Plaintiff,

      - against -

RICHARD LEE,

                Defendant.
-------------------------------------------------------------x

13-CV-5185 (RMB)

**ORDER**

A brief hearing will be held on Thursday, November 21, 2019, at 11:30 a.m. to assess the proposed settlement between the SEC and Defendant Lee.

Dated: New York, New York
       November 19, 2019

_____
**RICHARD M. BERMAN**
**U.S.D.J.**