# Walden Macht & Haran LLP

**MEMO ENDORSED**

**W|M|H**

One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

January 16, 2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-2020

    Re:   *SEC v. Lee and Aggarwal*, No. 13-cv-5185 (RMB)

Dear Judge Berman:

    We represent Defendant Sandeep Aggarwal in the above-referenced matter and write to respectfully request an adjournment of the upcoming status conference, presently scheduled for January 22, 2020 at 12:30pm. Counsel for the Securities and Exchange Commission ("Commission") joins us in this request.

    The parties mutually believe that we are in the final stages of a negotiated settlement of this matter, which we anticipate submitting for Commission approval and then tendering for Your Honor's consideration in the coming weeks. Accordingly, we respectfully request that the upcoming status conference be adjourned until any time on or after February 25, 2020.

    Thank you in advance for the Court's consideration of this request.

Respectfully submitted,

Jeffrey A. Udell

cc: Thomas P. Smith, Jr., Esq.
    Victor E. Suthammanont, Esq.
    *Counsel for Plaintiff*

Conference adjourned to
March 3, 2020 at 10 am.

SO ORDERED:
Date: 1-17-2020

Richard M. Berman
Richard M. Berman, U.S.D.J.