**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

-----------------------------------------------------------------x

SECURITES AND EXCHANGE COMMISSION, :

                     Plaintiff,     :

             - against -         :

SANDEEP AGGARWAL,          :

                  Defendant.   :

-----------------------------------------------------------------x

13-CV-5185 (RMB)

**ORDER**

A brief hearing will be held on Tuesday, February 18, 2020, at 11:30 a.m. to assess the

proposed settlement between the SEC and Defendant Aggarwal. The Defendant should either be

present or available via telephone.

Dated: New York, New York
       February 13, 2020

                                 *Richard M. Berman*

                                **RICHARD M. BERMAN**
                                **U.S.D.J.**