UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                            Plaintiff,

                - against -

RICHARD LEE,

                                            Defendant.

13 Civ. 5185 (RMB)

**ORDER**

---

       The Court will hold a brief (20 minutes) conference on Wednesday, July 9, 2025 at 9:00 AM in Courtroom 17B (17th floor), 500 Pearl Street, U.S. District Courthouse. Both sides will be heard.

Date: June 12, 2025
New York, New York

                                              /s/ RMB
                                         **RICHARD M. BERMAN, U.S.D.J.**